UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

**CLOSED**

DATE: 7/28/2008     CASE NUMBER: 08-15999M-001- SD

USA vs. Ricardo Jacobo-Corral

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____     INTERPRETER Ricardo Gonzalez
                                    LANGUAGE Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 7/21/08
☐ Financial Afdvt taken      ☐ Initial Appearance         ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)               ☐ Defendant Sworn            ☐ Financial Afdvt sealed
                             ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Prosecution |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: The Government orally moves to dismiss the Complaint against the defendant based on the defendant having plead guilty in the District of Arizona, Case No: 08-5093MP. Defense counsel has no objection. IT IS ORDERED dismissing the Complaint against the defendant with prejudice. Case closed.

Recorded by Courtsmart
BY: Jocelyn M. Arviso
Deputy Clerk

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 7/24/2008     CASE NUMBER: 08-15999M-001-SD

USA vs. Ricardo Jacobo-Corral

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____     INTERPRETER Ricardo Gonzalez
                                            LANGUAGE Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 7/21/08              ☐ Initial Appearance              ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☐ Defendant Sworn                 ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Prosecution |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for: 7/28/08 at 1:00 p.m.<br>Before: Magistrate Judge Irwin |

Other: The Government orally moves for a two day continuance. Defense counsel has no objection. IT IS ORDERED granting said Motion.

Recorded by Courtsmart
BY: Jocelyn M. Arviso
Deputy Clerk

DATE: 7/22/2008    CASE NUMBER: 08-15999M-001 - SD

USA vs. Ricardo Jacobo-Corral

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER Ricardo Gonzalez
                                          LANGUAGE Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 7/21/08          ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ Defendant Sworn         ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)       ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea and Sentence
☐ Held  ☐ Con't  ☐ Reset

Set for:  7/24/08 at 1:00 p.m.
Before:   Magistrate Judge Irwin

Other: Defense counsel orally moves for a continuance. The Government has no objection. IT IS ORDERED granting said Motion.

Recorded by Courtsmart
BY: Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Ricardo JACOBO-Corral
Citizen of Mexico
YOB: 1973
088768924
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15999M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about June 21, 2008, within the Southern District of California, Defendant Ricardo JACOBO-Corral, an alien, did enter the United States at a Designated Port of Entry by willfully false and misleading representations and the willful concealment of material facts, a misdemeanor, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.  ☒ Yes ☐ No

Signature of Complainant
**Cesar Duarte**
**Senior Patrol Agent**

Sworn to before me and subscribed in my presence,

July 22, 2008            at            Yuma, Arizona
Date                                    City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer          Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Ricardo JACOBO-Corral

Dependents: 2 Mexican

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by Immigration Officials on a total of 4 occasions.

**CRIMINAL HISTORY:** None Found.

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant entered illegally into the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection by misrepresenting or concealing material facts through Calexico, California on June 21, 2008.

Charges: 8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 22, 2008_____
Date

_____
Signature of Judicial Officer